UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID R. HANNAFORD,<br><br>          Defendant. | 1:23-cr-20425<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-26-2023<br><br>Violation(s):<br>26 U.S.C. § 5861(d) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### POSSESSION OF AN UNREGISTERED SHORT BARREL RIFLE
### 26 U.S.C. § 5861(d)

On or about October 26, 2021, in the Eastern District of Michigan, DAVID R. HANNAFORD knowingly possessed a short barrel rifle, that is, a Tippmann Arms M4-22, .22 caliber, semi-automatic rifle having a barrel of 7⅛ inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

1

<u>**FORFEITURE ALLEGATIONS**</u>
**18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872 and 28 U.S.C. §2461(c).

Upon conviction of the offense(s) alleged in this Indictment, DAVID R. HANNAFORD shall forfeit to the United States, any interest defendant has in the firearm or ammunition involved in said offense(s), including but not limited to:

a. One (1) Tippmann Arms M4-22, .22 caliber, semi-automatic rifle, bearing serial number 007014;
b. Fifteen rounds of .22 caliber ammunition; and
c. One (1) black suppressor.

**THIS IS A TRUE BILL.**

Dated: July 26, 2023

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Suite 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/William Orr
WILLIAM ORR
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No. 24102308

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   x No

1:23-cr-20425
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-26-2023

**Case Title:** USA v. David R. Hannaford

**County where offense occurred:** Clare

**Check One:** _X_ Felony   __ Misdemeanor   __Petty

___X___Indictment/____Information --- **no** prior complaint.
_____Indictment/____Information --- based upon prior complaint []
_____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:  July 26, 2023

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.